NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000542
11-JUL-2019
08:16 AM**

NO. CAAP-17-0000542

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
HAU PHAN, also known as HAU PHAM,
Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(CASE NO. 2FC161000394)

ORDER OF CORRECTION
(By: Chan, J., for the court[1])

The Summary Disposition Order, filed June 27, 2019, is hereby corrected as follows:

On page 2, in the first full paragraph, the numbering sequence "(5), (6), (7)," shall be corrected to read "(4), (5), (6)."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, July 11, 2019.

FOR THE COURT:

Associate Judge

---

[1]     Ginoza, Chief Judge, Reifurth and Chan, JJ.